AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
725 HEAVENLY DAYS ST, INMAN, SC 29349 )

Case No. 7:25cr638

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated by reference

located in the _____ District of ___South Carolina___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846, 841(a)(1) | Possess w/ intent to distribute controlled substances & conspiracy to do the same |
| 18 U.S.C. § 922(g), 924(c) | Felon in possession of firearm, Use of firearms to further drug trafficking |
| 18 U.S.C. § 1956, 1957 | Laundering of drug proceeds, spending provision |

The application is based on these facts:

See attached Affidavit of SA Paul Wanta

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

SA Paul Wanta, DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: 5/1/25

_____
Judge's signature

City and state: Greenville, South Carolina

Kevin F. McDonald, U.S. Magistrate Judge
Printed name and title